# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3665

_____

James E. Palmer,

Appellant,

v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

March 27, 2024


Per Curiam.

Affirmed.

B.L. Thomas, Roberts, and Rowe, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James E. Palmer, pro se, Appellant.

Ashley Moody, Attorney General, Kelly R. Forren, Assistant Attorney General, and Ravi N. Sharma, Assistant Attorney General, Tallahassee, for Appellee.